FILED

11/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0156

_____

CITY OF GREAT FALLS,

     Plaintiff and Appellee,

v.

HANNAH ROSE KUNTZ,

     Defendant and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 29 2023